## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 17-cr-10288-WGY |
| AEGERION PHARMACEUTICALS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR AN EXPEDITED PRE-PLEA PSR AND SCHEDULE FOR A CHANGE OF PLEA AND SENTENCING**

Based on the defendant's representations to the government regarding the defendant's current deteriorating financial situation, the United States supports the defendant's motion requesting that the Court order an expedited pre-plea Presentence Report and set an expedited schedule for the defendant to plead guilty and be sentenced by February 2, 2018.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

/s/Kriss Basil
Young Paik, BBO# 660896
Kriss Basil, BBO# 673074
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
kriss.basil@usdoj.gov

Shannon Pedersen
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street NW, Rm 6400S
Washington, DC 20001
(202) 532-4490
Shannon.L.Pedersen@usdoj.gov

**CERTIFICATE OF SERVICE**

  I certify that I filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all attorneys of record.

       By: <u>/s/Kriss Basil</u>
          Kriss Basil
          Assistant United States Attorney