UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                                          CRIMINAL ACTION NO.
                                                      17-10288-WGY

AEGERION PHARMACEUTICALS, INC.

## REPORT AND RECOMMENDATION RE: ORDER OF PAYMENT

**July 9, 2019**

**BOWLER, U.S.M.J.**

Pursuant to the terms of Appendix B, Paragraph 2, of the Plea Agreement (Docket Entry # 29) and the sentence imposed by the court on January 30, 2018, which established a Restitution Fund, for the benefit of nongovernmental victims, this court now **RECOMMENDS** the payment of $338.70 to be made to [CLAIMANT'S NAME][1] in response to a **CLAIM FOR RESTITUTION** submitted on December 15, 2018. Upon careful review of the claim, this court finds the amount of the claim to be fair and reasonable and supported by adequate documentation.

                                              /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge
                                        Special Master

---

[1] The name of claimant appears in a sealed version of this **REPORT AND RECOMMENDATION** and subsequent **ORDER** and shall only be disclosed upon motion to the court for good cause shown.